Decisions announced without Opinions.

UNITED STATES, and No. 682. LAVIN *v.* UNITED STATES. Third Circuit. Denied May 28, 1901. *Mr. Francis B. Bracken* for petitioners. *Mr. Attorney General* and *Mr. Assistant Attorney General Beck* opposing.

---

No. 694. COUNTY OF HUGHES *v.* LIVINGSTON. Eighth Circuit. Denied May 28, 1901. *Mr. Thompson P. Estes* for the petitioner. *Mr. Edward C. Stringer* opposing.

---

No. 697. BRITISH AND FOREIGN MARINE INSURANCE COMPANY *v.* INTERNATIONAL NAVIGATION COMPANY; No. 698. INSURANCE COMPANY OF NORTH AMERICA *v.* SAME; No. 699. THAMES AND MERSEY INSURANCE COMPANY *v.* SAME; and No. 700. ATLANTIC MUTUAL INSURANCE COMPANY *v.* SAME. Second Circuit. Denied May 28, 1901. *Mr. Treadwell Cleveland* for petitioners in Nos. 697, 698 and 699, and *Mr. Lewis Cass Ledyard* for petitioners in No. 700. *Mr. Henry Galbraith Ward* opposing.

---

No. 703. MODERN WOODMEN OF AMERICA *v.* UNION NATIONAL BANK OF OMAHA. Eighth Circuit. Denied May 28, 1901. *Mr. John L. Kennedy* for petitioner.